UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| IN RE: SEALED MATTER | Case No. 3:21-mj-1113 (RMS) |
|---|---|
| | January 7, 2022 |

**MOTION TO UNSEAL CASE, CONTINUE SEALING CERTAIN UNREDACTED PLEADINGS, AND FILE REDACTED PLEADINGS**

The government hereby responds to the Court's order to show cause dated December 28, 2021, and moves to:

1) UNSEAL the case;

2) CONTINUE SEALING the following unredacted documents:

   a. Doc. 1: Application for a Warrant by Telephone or Other Reliable Electronic Means (for the person of Jeremy Baouche and Premises in New London, CT) (docketed on 11/05/2021);

   b. Doc. 1-1: Affidavit in Support of an Application for a Search Warrant (docketed on 11/05/2021);

   c. Doc. 5: Application for a Warrant by Telephone or Other Reliable Electronic Means (for the person of Jeremy Baouche and Premises in New London, CT) (docketed on 11/08/2021);

   d. Doc. 5-1: Consolidated Affidavit in Support of an Application for Two Search Warrants (docketed on 11/08/2021);

   e. Doc. 6-1: Consolidated Affidavit in Support of an Application for Two Search Warrants (docketed on 11/08/2021);

   f. Doc. 10: Application for a Warrant by Telephone or Other Reliable Electronic Means (for the person of Jeremy Baouche and Premises in New

        London, CT) (docketed on 11/09/2021);

    g. Doc. 10-1: Consolidated Affidavit in Support of Applications for Search Warrants (docketed on 11/09/2021);

    h. Doc. 11: Warrant by Telephone or Other Reliable Electronic Means (for the person of Jeremy Baouche and Premises in New London, CT) (docketed on 11/09/2021);

    i. Doc. 12-1: Consolidated Affidavit in Support of Applications for Search Warrants (docketed on 11/09/2021).

3) PUBLICLY FILE redacted versions of the nine[1] documents listed in paragraph 2, all of which are filed concurrently.

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States respectfully requests that this matter, which was originally ordered sealed on or about November 5, 2021, be unsealed.

Pursuant to Local Rule 57 of Criminal Procedure, the continued sealing of the unredacted affidavits, applications and warrants as described above is justified because the documents disclose home address information, an email address and/or the names of third parties which should not be disclosed on the public docket. The government is filing with this motion redacted versions of the documents listed in paragraph 2 for public filing. Here, the presumption of access to these particular documents is outweighed by the countervailing factors in favor of sealing described above, particularly given the minimal redactions applied. Moreover, even if a higher standard of sealing applied, the requested sealing of the unredacted documents is essential

---

[1] The Government's Motion to Partially Unseal Case (Doc. 18) filed on December 27, 2021, proposed filing redacted copies of Document Nos. 6, 12, and 13. Those documents are not included in this filing because they do not require redaction and are appropriately unsealed without redaction along with the other documents in the case.

to preserve compelling interests and is narrowly tailored to serve those interests.

    A proposed order is attached.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY

*/s/ Susan L. Wines*

SUSAN L. WINES
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv2379
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SEALED MATTER | Case No. 3:21-mj-1113 (RMS) |
| | January 7, 2022 |

### ORDER TO UNSEAL CASE, CONTINUE SEALING UNREDACTED PLEADINGS, AND FILE REDACTED PLEADINGS

The United States has filed a Motion to Unseal Case, Continue Sealing Unredacted Pleadings and File Redacted Pleadings. Good cause having been found to grant the motion, it is hereby ORDERED that:

1) the case is unsealed;

2) the following unredacted documents shall remain under seal until further order of the Court:

   a. Doc. 1: Application for a Warrant by Telephone or Other Reliable Electronic Means (for the person of Jeremy Baouche and Premises in New London, CT) (docketed on 11/05/2021);

   b. Doc. 1-1: Affidavit in Support of an Application for a Search Warrant (docketed on 11/05/2021);

   c. Doc. 5: Application for a Warrant by Telephone or Other Reliable Electronic Means (for the person of Jeremy Baouche and Premises in New London, CT) (docketed on 11/08/2021);

   d. Doc. 5-1: Consolidated Affidavit in Support of an Application for Two Search Warrants (docketed on 11/08/2021);

   e. Doc. 6-1: Consolidated Affidavit in Support of an Application for Two Search Warrants (docketed on 11/08/2021);

  f. Doc. 10:  Application for a Warrant by Telephone or Other Reliable Electronic Means (for the person of Jeremy Baouche and Premises in New London, CT) (docketed on 11/09/2021);

  g. Doc. 10-1:  Consolidated Affidavit in Support of Applications for Search Warrants (docketed on 11/09/2021);

  h. Doc. 11:  Warrant by Telephone or Other Reliable Electronic Means (for the person of Jeremy Baouche and Premises in New London, CT) (docketed on 11/09/2021);

  i. Doc. 12-1:  Consolidated Affidavit in Support of Applications for Search Warrants (docketed on 11/09/2021).

3)  redacted versions of the documents listed above shall be publicly filed.

The Court finds that the presumption of access to the unredacted documents is outweighed by the countervailing factors in favor of sealing described in the government's motion.  Specifically, the requested sealing of the unredacted documents is essential to preserve compelling interests and is narrowly tailored to serve the interests the government has identified in its motion.

  It is so ordered.

                   _____
                   HON. ROBERT M. SPECTOR
                   UNITED STATES MAGISTRATE JUDGE