AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.
The Person of JEREMY K. BAOUCHE; and )
the Premises of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ )
New London, Connecticut, 06320

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ District of ___Connecticut___, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(1) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. §§ 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. §§ 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

FBI T.F.O. Delmar A. Carter, Jr.
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
*(specify reliable electronic means).*

Date: 11/01/2021

_____
*Judge's signature*

City and state: New Haven, Connecticut       Hon. Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*