# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The Person of JEREMY K. BAOUCHE; and<br>the Premises of ████████████<br>New London, Connecticut, 06320 ▪ | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ _____ District of _____ _____Connecticut_____ ____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(1) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. §§ 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. §§ 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under
 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

FBI T.F.O. Delmar A. Carter, Jr.
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
*(specify reliable electronic means).*

Date:    11/4/2021

_____
*Judge's signature*

Hon. Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*

City and state:   New Haven, Connecticut