# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.
The Person of JEREMY K. BAOUCHE; and )
the Premises of ▮▮▮▮▮▮▮▮▮▮ )
New London, Connecticut, 06320 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A1

located in the _____ District of ___ Connecticut _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(1) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. §§ 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. §§ 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building |

The application is based on these facts:

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

FBI T.F.O. Delmar A. Carter, Jr.
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: 11/09/2021

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2021.11.09 15:22:55 -05'00'

*Judge's signature*

City and state: New Haven, Connecticut        Hon. Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*